THE STATE OF NEW JERSEY, DEFENDANT IN ERROR. v. ABRAHAM E. HARRIS, PLAINTIFF IN ERROR.

Argued March 5, 1924—Decided April 17, 1924.

On appeal from the Supreme Court, whose opinion is reported in 1 *N. J. Mis. R.* 526.

For the plaintiff in error, *Leber & Ruback* and *Robert H. McCarter.*

For the defendant in error, *John O. Bigelow,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, CLARK, JJ.   9.

*For reversal*—None.